

# NUMBER 13-24-00048-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

DELFINA TORRES AKA
DELFINA CORONADO TORRES,                                                Appellant,

v.

CAMERON COUNTY,
CITY OF BROWNSVILLE, AND
BROWNSVILLE INDEPENDENT
SCHOOL DISTRICT,                                                        Appellees.

On appeal from the 138th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

Before Chief Justice Contreras and Justices Longoria and Peña
Memorandum Opinion by Justice Peña

On January 18, 2024, appellant Delfina Torres a/k/a Delfina Coronado Torres filed a pro se notice of appeal from a tax arrearage judgment signed on October 10, 2023. On January 24, 2024, the Clerk of this Court advised appellant that her notice of appeal had not been timely filed, requested correction of this defect, if possible, and advised appellant that the appeal would be dismissed if the defect was not corrected within ten days. *See* TEX. R. APP. P. 37.1, 42.3(a).

"A timely notice of appeal is an essential prerequisite for the appellate court's jurisdiction." *Mitschke v. Borromeo*, 645 S.W.3d 251, 253 (Tex. 2022). If the appeal is not timely perfected, we must dismiss the appeal for lack of jurisdiction. *See In re J.J.R.*, 599 S.W.3d 605, 610 (Tex. App.—El Paso 2020, no pet.); *In re L.G.*, 517 S.W.3d 275, 277 (Tex. App.—San Antonio 2017, pet. denied) (per curiam); *Baker v. Baker*, 469 S.W.3d 269, 272 (Tex. App.—Houston [14th Dist.] 2015, no pet.).

The Court, having examined and fully considered the documents on file and the applicable law, is of the opinion that this appeal should be dismissed. Appellant's notice of appeal was due to be filed within thirty days after the judgment was signed, yet it was not filed within this period, nor was it filed within the fifteen-day grace period provided by the rules of appellate procedure. *See* TEX. R. APP. P. 26.1, 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Appellant's notice of appeal was untimely, and under these circumstances, we lack jurisdiction and must dismiss the appeal. *See* TEX. R. APP. P. 42.3(a); *In re L.G.*, 517 S.W.3d at 277; *Haase v. Abraham, Watkins, Nichols, Sorrels,*

2

*Agosto & Friend, LLP*, 404 S.W.3d 75, 80 (Tex. App.—Houston [14th Dist.] 2013, no pet.).

Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

L. ARON PEÑA JR.
Justice

Delivered and filed on the
21st day of March, 2024.